UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EDGAR SEARCY<br>BOP# 04726-031 | CIVIL ACTION NO. 11-218<br><br>SECTION P |
| VS. | JUDGE MINALDI |
| UNKNOWN EMPLOYEES, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 14] of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

Lake Charles, Louisiana, on this ___ day of _____, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE